22912. WAGNER v. GRAVES-TURNER MANUFACTURING COMPANY.

BROYLES, C. J. The evidence discloses that the defendant's automobile truck, containing no person, ran against and injured the plaintiff's horse and wagon upon a public street. The evidence failed to show how or why the truck was running without a driver, or that any servant or agent of the defendant had parked it upon the street previous to its running against the horse and wagon. The jury returned a verdict in favor of the plaintiff, and the defendant's motion for a new trial was granted in the following order by the court: "New trial is hereby granted, solely on the ground that the evidence failed to show that the truck in question was placed and left by direction or authority of the defendant or by its duly authorized servant or agent engaged at the time in the prosecution of the defendant's business. It appears only that the defendant owned the truck. But who placed it does not appear." This being the first grant of a new trial, and the verdict not being demanded by the evidence, the judgment must be and is

Affirmed. MacIntyre and Guerry, JJ., concur.

DECIDED AUGUST 2, 1933.

Thomas E. Scott, for plaintiff.

Bryan, Middlebrooks & Carter, John A. Dunaway, Yantis C. Mitchell, for defendant.

22931. COULTER v. COUCH et al.

BROYLES, C. J. The only issue in this case was one of fact. While the evidence for the claimant would have supported a verdict for her, this court can not say as a matter of law that the finding of the jury in favor of the plaintiff (who was a judgment creditor of the claimant's husband) was not authorized by any evidence. Although the claimant and her husband testified that the property claimed belonged to the claimant, there was circumstantial evidence tending to show that it was owned by her husband. Furthermore, there was, as to the claimant and her husband, evidence adduced of an impeaching nature, and the jury, by the verdict, evidently rejected their testimony. The judge who heard the evidence, and observed the witnesses as they gave their testimony, approved the verdict; and, no error of law being complained of, this court is without authority to interfere.

Judgment affirmed. MacIntyre and Guerry, JJ., concur.

DECIDED AUGUST 2, 1933.

C. W. Foy, for plaintiff in error.

Brooks Culpepper, J. A. Smith, contra.